

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00778-CR

**EX PARTE** Hernan Hernandez **RUBIO**

From the County Court, Kinney County, Texas
Trial Court No. 12252CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On January 25, 2023, appellant filed an unopposed motion requesting a thirty-day extension of time to file his reply brief. After consideration, we **grant** the motion and **order** appellant to file his reply **by March 1, 2023.** Further requests for extensions of time will be disfavored.

It is so **ORDERED** on January 26, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT